**Antonio LEMUS–COVARRUVIAS, a.k.a. Antonio Lemus, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70165.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 29, 2011.

Ann Kelleher, Law Offices of John R. Alcorn, Irvine, CA, for Petitioner.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Antonio Lemus–Covarruvias, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We review de novo claims of due process violations in removal proceedings. *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000). We deny the petition for review.

Lemus–Covarruvias' claim that the IJ violated his due process rights by exhibiting bias fails because the proceedings were not so fundamentally unfair that he was prevented from reasonably presenting his case, and he failed to demonstrate prejudice. *See id.* at 971–72; *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.